*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

### 13924. COLEMAN *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence and the overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1922.

Indictment for possessing intoxicating liquor; from Randolph superior court — Judge Worrill. August 12, 1922.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.